UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 14-1387 _____ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Paula A. Piehl, Individually and as Personal Representative for the Estate of Martin Piehl, and Forrest Piehl _____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_/s/ Henry L. Belsky_
(signature)

Henry L. Belsky                          410-685-2022
Name (printed or typed)                  Voice Phone

Schlachman, Belsky, & Weiner, PA         410-783-4771
Firm Name (if applicable)                Fax Number

300 East Lombard Street, Suite 1100

Baltimore, Maryland 21202                hbelsky@sbwlaw.com
Address                                  E-mail address (print or type)

**CERTIFICATE OF SERVICE**

I certify that on 04/25/2014 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Frederick W. Goundry, III
Matthew Fogelson
Varner & Goundry
121 East Patrick Street
Frederick, Maryland 21701

_/s/ Henry L. Belsky_                    04/25/2014
Signature                                Date

11/17/2011
SCC