FILED: August 15, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1387

(1:13-cv-00254-WMN)

_____

PAULA A. PIEHL, Individually and as Personal Representative of The Estate of Martin Abraham Piehl; FORREST PIEHL

    Plaintiffs - Appellants

v.

NARAYAN P. SAHETA, M.D.

    Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

    Appendix due: 10/06/2014

    Opening brief due: 10/06/2014

    Response brief due: 11/06/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk