# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 9, 2014

_____

## DOCKET CORRECTION NOTICE
_____

No. 14-1387,   Paula Piehl v. Narayan Saheta
               1:13-cv-00254-WMN

TO:   Henry Belsky
      Mitchell Evan Rosensweig

**FILING CORRECTION DUE:  October 14, 2014**

Please make the correction identified below and file a corrected document by the date indicated.

[ ] Document was illegible, incomplete, or incorrect. Please correct as described and refile: [_____].

[ ] Incorrect event used. Please refile document using [_____].

[ ] Incorrect filer selected. Please refile document, selecting correct filer.

[ ] PDF file is incompatible with CM/ECF. Please correct and refile the document.

**[X] Brief is not text-searchable. Please refile brief as a text-searchable PDF.**

[ ] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document.

[ ] The court will enter an appearance only for counsel who are members in good standing of the court's bar. To apply for membership, submit an **application for admission** to practice.

[ ] Document requires signature. Please sign and refile the document.

[ ] The entry "administrative record adopted" must be docketed in this case.

[ ] Other: Please correct as described and refile: [_____].

Sharon A. Wiley, Deputy Clerk
804-916-2704